# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CHRISTOPHER PARRISH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-670

[March 11, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 562017CF003061A.

Carey Haughwout, Public Defender, and Breanna Atwood, Assistant Public Defender, West Palm Beach, and Christopher Parrish, Bushnell, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and MAY, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***